IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: February 9, 2006     CASE NAME: USA v Board of Trustees for Southern Illinois University

CASE NO. : 06-4037-JPG

DOCUMENT NO.: 4     DOCUMENT TITLE: Consent Decree

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing
- ☒ Other: Last Page of Consent Decree did not contain signature of U.S. Attorney for Southern District of Illinois

## ACTION TAKEN BY CLERK'S OFFICE

- ☒ Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

- ☒ Document must be re-filed
- ☐ Amended document must be filed and re-noticed, if applicable

Norbert G. Jaworski
Clerk of Court

By: s/Donna Stull
Deputy Clerk